IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY, a Delaware Corporation,<br><br>        Plaintiff,<br><br>SIU PHYSICIANS & SURGEONS, INC., an Illinois Corporation, SAJIDA AHAD, JAN RAKINIC, CHRISTINA VASSILEVA, and ERICA ROTONDO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 17-CV-03139-SEM-TSH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE

The Parties, by and through their respective counsel, hereby request a telephonic status conference with the Court to discuss scheduling, and in support thereof state as follows:

Plaintiff Allied World's Motion for Summary Judgment (Dkt. # 39), the Physician Defendants' Motion to Stay (Dkt. # 47) and Plaintiff Allied World's Motion to Strike Undisclosed Evidence (Dkt. # 51) are all fully-briefed and pending the Court's decision. However, several significant pre-trial dates, and the trial itself in this matter, are scheduled to occur in the near term.  Specifically, per this Court's text order of June 11, 2018, motions in limine are due to be filed by November 19, 2018; a pretrial conference is scheduled for December 3, 2018; and trial is scheduled to begin December 18, 2018.

Given the potential for some or all of the pending motions to dispose of this matter in its entirety and/or to moot the deadlines set in the Court's June 11, 2018 Order, the Parties respectfully request that the Court enter an Order scheduling a telephonic status conference at which all Parties and the Court can discuss modification of the schedule in this case.  The Parties

understand that the Court has availability for such a conference on November 1 and 2, 2018. Either of these dates is acceptable to counsel for the Parties. Counsel for all Parties are available after 10:30 AM on November 1 and after 10:00 AM on November 2.

WHEREFORE, the Parties respectfully request that the Court schedule a telephonic status conference at a time acceptable to the Court on either November 1 after 10:30 AM or November 2, 2018 after 10:00 AM.

DATED:   October 26, 2018    Allied World Specialty Insurance Company

By: /s/ Jonathan A. Cipriani
         One of its Attorneys

Ommid C. Farashahi
Michael T. Skoglund
Jonathan A. Cipriani
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Ph.:   312-762-3100
Fax:   312-762-3200
ofarashahi@batescarey.com
mskoglund@batescarey.com
jcipriani@batescarey.com

*Attorneys for Allied World Specialty Insurance Company*

SIU Physicians & Surgeons, Inc.

By: /s/Marc J. Ansel
         One of its Attorneys

Marc J. Ansel
Travis Quick
Meyer Capel, A Professional Corporation
306 West Church Street
Champaign Illinois 61820

Ph:    217-352-1800  
Fax:   217-352-1083  
mansel@meyercapel.com  
tquick@meyercapel.com  
*Attorneys for SIU Physicians & Surgeons, Inc.*

                           Physician-Defendants Ahad, Rakinic, Vassileva, and Rotondo

                           By: /s/J. Bryan Wood  
                                One of their Attorneys

J. Bryan Wood  
Ryan O. Estes  
The Wood Law Office, LLC  
303 W. Madison, Suite 2650  
Chicago, Illinois 60606  
Ph.: (312) 554-8600  
Fax: (312) 577-0749  
bryan@jbryanwoodlaw.com  
restes@jbryanwoodlaw.com

Michael F. Brown  
DVG Law Partner LLC  
P.O. Box 645  
Neenah, Wisconsin 54957  
Ph.: (920) 757-2488  
Fax: (920) 273-6177  
mbrown@dvglawpartner.com

*Attorneys for Physician-Defendants.*

## CERTIFICATE OF SERVICE

On October 26, 2018 I caused to be served a true and correct copy of the foregoing document upon all counsel of record via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

DATED this 26th day of October, 2018, at Chicago, Illinois.

/s/ Jonathan A. Cipriani
*Counsel for Allied World Specialty Insurance Company*
